UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kade Vershey and Nicole Vershey, | File No. 19-cv-1625 (ECT/KMM) |
| Plaintiffs, | |
| and | |
| Meridian Security Insurance Company, *as subrogee of Kade Vershey and Nicole Vershey*, | **ORDER** |
| Intervenor-Plaintiff, | |
| v. | |
| James D. Madison and Constance M. Madison, | |
| Defendants. | |

---

Pursuant to the Stipulation of Dismissal with Prejudice [ECF No. 101] entered into by the parties,

**IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice in its entirety, on the merits, and without costs, disbursements, or attorneys' fees to any of the parties.

Date: July 29, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court